IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MISC. CASE NO. 2:11-mc-00012-RMG |
| Petitioner, | ) | |
| v. | ) | ORDER |
| WILLIE CHAVIS, AS A MEMBER OF P&CC ENTERPRISES LLC, | ) | |
| Respondent. | ) | |

The United States has moved to dismiss this action without prejudice due to an inability to locate the Respondent. It appearing proper to the Court, the action is hereby dismissed without prejudice, and it is

SO ORDERED this /  day of March, 2011, at Charleston, South Carolina.

Richard Mark Gergel
UNITED STATES DISTRICT JUDGE